UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CATHERINE J. CRISTIANO, ADMINISTRATRIX : <br> OF THE ESTATE OF RONALD W. CRISTIANO, JR. : <br> : <br> V.                                           :   NO. 3:13 CV 1665 (MPS) <br> : <br> : <br> CITY OF BRIDGEPORT, ET AL              :   OCTOBER 5, 2015 | |

## STIPULATION

The parties to this action, through counsel, enter into the following stipulations:

1. Plaintiff Catherine J. Cristiano, Administratrix of the Estate of Ronald W. Cristiano, Jr., through counsel, and defendants City of Bridgeport, Victor Rodriguez, and Minerva Feliciano, through counsel, stipulate that plaintiff's claims against defendants City of Bridgeport, Victor Rodriguez, and Minerva Feliciano in the above action may be dismissed with prejudice and without costs to either party.

2. Plaintiff, through counsel, and defendants David Lewis, Jr., and American Medical Response of Connecticut, Inc. ("AMR"), through counsel, stipulate that

    a. plaintiff's claims against defendants Lewis and AMR are state law claims asserted in this action pursuant to this Court's supplemental jurisdiction, as provided in 28 U.S.C. § 1367(a);

    b. upon the dismissal of plaintiff's claims against defendants City of Bridgeport, Victor Rodriguez, and Minerva Feliciano, the basis for this Court's exercise of original federal jurisdiction in this action no longer exists; and

c. should this Court decline to exercise supplemental jurisdiction over plaintiff's state law claims against defendants Lewis and AMR pursuant to 28 U.S.C. § 1367(c)(3), the parties are prepared to litigate such claims in Connecticut Superior Court, as provided in 28 U.S.C. § 1367(d) and Conn. Gen. Stats. § 52-592.

PLAINTIFF CATHERINE J. CRISTIANO,
ADMINISTRATRIX OF THE ESTATE OF
RONALD W. CRISTIANO, JR.,


BY:   /s/ David S. Golub ct00145
    DAVID S. GOLUB ct00145
    SILVER GOLUB & TEITELL LLP
    184 Atlantic Street
    Stamford, CT 06901
    Tel: (203) 325-4491
    Fac: (203) 325-3769
    E-mail:  dgolub@sgtlaw.com


DEFENDANTS CITY OF BRIDGEPORT,
VICTOR RODRIGUEZ, MINERVA FELICIANO,


BY:   /s/ Betsy A. Ingraham ct027820
    Betsy A. Ingraham, Esq. ct027820
    Office of the City Attorney
    999 Broad Street
    Bridgeport, CT 06604
    Tel: (203) 576-7647
    Fac. (203) 576-8252
    Email: betsy.ingraham@bridgeportct.gov

DEFENDANTS DAVID LEWIS, JR., AND
AMERICAN MEDICAL RESPONSE OF
CONNECTICUT, INC.,


BY: <u>/s/ Frederick J. Trotta, Sr. ct02621</u>
      Frederick J. Trotta, Sr. ct02621
      Halloran & Sage, LLP
      195 Church Street
      New Haven, CT 06510
      Tel: (203) 672-5432
      Fac: (203) 672-5480
      Email: trotta@halloransage.com

## CERTIFICATION

I hereby certify that on October 5, 2015 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ David S. Golub ct00145*
DAVID S. GOLUB ct00145
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
Stamford, CT 06901
Tel.: (203) 325-4491
Fac.: (203) 325-3769
Email:  dgolub@sgtlaw.com